UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> IMPERIAL PARKING (US), LLC, <br><br> Defendant. | CASE NO. C22-1498JLR <br><br> ORDER OF DISMISSAL |

Before the court is Plaintiff Northwest Administrators, Inc.'s notice of voluntary dismissal with prejudice. (Not. (Dkt. # 6).)  The court having been notified of the dismissal of this matter and it appearing that no issue remains for the court's determination:

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.  The court DIRECTS the Clerk to close the case.

ORDER - 1

Dated this 8th day of June, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2